Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

ENTERED
CLERK, U.S. DISTRICT COURT
SEP 25 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

FILED
SEP 24 2007
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(D).

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY M. HILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>　　　　　Defendant. | Case No. CV 06-1389-SJO (JCR)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. 636(b)(1)(C), the Court has reviewed the Complaint, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed within the time allowed. The Court concurs with and adopts the conclusions of the Magistrate Judge.

　　IT IS ORDERED that Judgment be entered remanding the matter to the Commissioner of Social Security Administration for further administrative action.

　　IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on the parties.

DATED: 9/13/07

　　　　　　　　　　　　　　　　　　JAMES OTERO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE